**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES BRANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA HEALTH INC.,<br><br>Defendant. | **Case No.: 1:26-cv-07535** |
| KRISTEN STEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA HEALTH, INC.,<br><br>Defendant. | **Case No.: 1:26-cv-07543** |
| SABRINA PAMINTUAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA HEALTH, INC.,<br><br>Defendants. | 7598<br>**Case No.: 1:26-cv-~~00566~~** |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL**

Having reviewed Plaintiffs' Motion to Consolidate Cases and Appoint Interim Class

Counsel (the "Motion")[1], the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. *James Brandon v. Diana Health, Inc.*, No. 1:26-cv-07535, filed on September 2, 2026 ("*Brandon*"); *Kristen Steel v. Diana Health, Inc.*, No. 1:26-cv-07543 ("*Steel*") filed on September 3, 2026; and *Sabrina Pamintuan v. Diana Health, Inc.*, No. 1:26-cv-07598 ("*Pamintuan*"), filed on September 4, 2026 (collectively, the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2. Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3. The Related Cases are consolidated under the docket number of the first-filed *Brandon* action, No. 1:26-cv-07535, presently before this Court and filed in this District, and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court, under the low-numbered case with the caption *In re Diana Health Data Breach Litigation*;

4. Pursuant to Federal Rule of Civil Procedure 23(g), Tyler A. Litke of Levi & Korsinsky, LLP, Alyssa Tolentino of Siri & Glimstad LLP, and Mark A. Cianci of Israel David LLC are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs.

5. All deadlines in the Related Cases are vacated; and

---

[1] Plaintiffs' counsel have conferred and agree to consolidation and appointment. Defendant's counsel has yet to appear in any of the Related Actions.

6. Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of entry of this Order.

IT IS SO ORDERED.

Dated: September 29, 2026

Hon. Lewis J. Liman
United States District Judge